DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. BEST

No. 84 PC.

Case below: 11 N.C. App. 286.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 July 1971.


STATE v. BURGESS

No. 81 PC.

Case below: 11 N.C. App. 430.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 July 1971.


STATE v. BUZZELLI

No. 61 PC.

Case below: 11 N.C. App. 52.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 July 1971.


STATE v. CUMBER

No. 73.

Case below: 11 N.C. App. 302.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 July 1971.


STATE v. LEWIS

No. 57.

Case below: 11 N.C. App. 226.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 July 1971. Appeal dismissed *ex mero motu* for lack of substantial constitutional question 30 July 1971.